IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| EUNICE HUSBAND, | : | Civil No.: 3:16-cv-2255 |
| | : | |
| Plaintiff | : | (Judge Mariani) |
| | : | |
| v. | : | |
| | : | |
| DAVID J. EBBERT, *et al.*, | : | |
| | : | |
| Defendants | : | |

## ORDER

**AND NOW**, this 6th day of December, 2016, in accordance with the Court's Memorandum of the same date, **IT IS HEREBY ORDERED THAT**:

1. Plaintiff's application (Doc. 2) to proceed *in forma pauperis* is **DENIED**.

2. Plaintiff shall send to the Clerk of Court a check or money order in the amount of $400.00 within thirty (30) days of the date of this Order. Failure to do so will result in the dismissal of the complaint.

3. This case is **STAYED** pending receipt of Plaintiff's filing fee.

Robert D. Mariani
United States District Judge