**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

EUNICE HUSBAND,                         :        Civil No.: 3:16-cv-2255
                                        :
        Plaintiff                       :        (Judge Mariani)
                                        :
    v.                                  :
                                        :
DAVID J. EBBERT, *et al.*,              :
                                        :
        Defendants                      :

## ORDER

**AND NOW**, this ⟨6th⟩ day of January, 2017, in accordance with the

Memorandum issued this date, **IT IS HEREBY ORDERED THAT** Plaintiff's motion for

reconsideration, (Doc. 11), is **DENIED**.

Robert D. Mariani
United States District Judge