IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| EUNICE HUSBAND, | : | Civil No.: 3:16-cv-2255 |
| Plaintiff | : | (Judge Mariani) |
| v. | : | |
| DAVID J. EBBERT, et al., | : | |
| Defendants | : | |

FILED
SCRANTON
JAN 0 9 2017
Per_____
DEPUTY CLERK

ORDER

AND NOW, this 9th day of January, 2017, upon consideration of this Court's Order (Doc. 10) denying Plaintiff *in forma pauperis* status, and directing payment of the full filing fee within a specified time period, and upon further consideration of Plaintiff's failure to comply with that Order and failure to pay the requisite filing fee, **IT IS HEREBY ORDERED THAT:**

1. Plaintiff's complaint (Doc. 1) is **DISMISSED** without prejudice, pursuant to 28 U.S.C. § 1915(g).

2. The Clerk of Court is directed to **CLOSE** this case.

3. Any appeal from this Order is **DEEMED** frivolous and not in good faith. *See* 28 U.S.C. § 1915(a)(3).

Robert D. Mariani
United States District Judge